UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE WILLIAMS,<br><br>    Petitioner,<br><br> v.<br><br>EDWARD BORLA,<br><br>    Respondent. | Case No. 23-cv-06382-JD<br><br>**ORDER RE DISMISSAL**<br>Re: Dkt. No. 3 |

A habeas petition was filed on behalf of petitioner, a state prisoner. Petitioner has sent a letter stating that the petition was submitted without his consent, and he seeks to dismiss it. Dkt. No. 7. Pursuant to Federal Rule of Civil Procedure 41(a)(1) this case is dismissed without prejudice and the Clerk is requested to close the case. The motion to proceed in forma pauperis (Dkt. No. 3) is vacated and no fee is due. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: January 8, 2024

JAMES DONATO
United States District Judge